UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

GREGORY MORGAN,

                Defendant.

_____ /

No. 11-20619

District Judge Paul D. Borman

Magistrate Judge R. Steven Whalen

**ORDER**

       Defendant Gregory Morgan's Motion to Supplement his motion to vacate under 28

U.S.C. § 2255 [Doc. #92] is GRANTED, nunc pro tunc to the date of filing. The exhibits

submitted with said motion were read and considered before the issuance of the Report

and Recommendation in this case [Doc. #98].

       IT IS SO ORDERED.

                      s/R. Steven Whalen
                      R. STEVEN WHALEN
                      United States Magistrate Judge

Dated: October 8, 2015

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on
October 8, 2015, electronically and/or by U.S. mail.

                      s/C. Ciesla
                      Case Manager