UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CRIM. CASE NO. 11-20619

v.

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

GREGORY MORGAN,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. §2255

The Court, having reviewed Magistrate Judge Stephen Whalen's Report and Recommendation (R&R) denying Defendant Gregory Morgan's Motion to Vacate Sentence pursuant to 28 U.S.C. §2255 (Dkt. #98), and Defendant's subsequent objections to the R&R (Dkt. #102), adopts the R&R and denies Defendant's Motion to Vacate Sentence.

At his plea proceeding, Defendant clearly acknowledged his guilt under oath. Defendant now contends that his then-attorney provided ineffective assistance of counsel. This Court having reviewed the R&R and the pleadings concludes that there was no ineffective assistance of counsel.

For the reasons thoroughly set forth in Magistrate Judge Whalen's R&R, the Court denies Defendant's Motion to Vacate Sentence under 28 U.S.C. §2255, on the ground of ineffective assistance of counsel.

SO ORDERED.

DATED: MAY 0 9 2016

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE